John E. Haapala, Jr.
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph. 541-345-8474
Fax 541-345-3237
jeh@haapalaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| MEGAN C. STREILEIN,<br><br>　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>　　Defendant. | Case No. 6:18-cv-00672-SI<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $ 5,725.44 awarded to Plaintiff. Defendant shall mail the check to Plaintiff's attorneys office as follows: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401. If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John Haapala. There are no costs or expenses to be paid herein.

　　　Dated this 23 of ___July___, 2019.

　　　　　　　　　　　　　　　　　　　　/s/ Michael H. Simon
　　　　　　　　　　　　　　　　　　　　United States District Judge/Magistrate

Submitted by:
John E. Haapala, Attorney for Plaintiff

1 – ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT